| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Lyons Chevrolet Buick GMC, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/26/2019    x _____
                              Signature of individual signing on behalf of debtor

Richard K. Lyons
Printed name

President
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Lyons Chevrolet Buick GMC, Inc.
United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>PO Box 650448<br>Dallas, TX 07446 | | Credit card purchases | | | | $858,550.60 |
| Auto Accessories<br>222 Gregson Drive<br>Cary, NC 27511 | | Trade debt | | | | $6,400.60 |
| Beaman Automotive Group<br>1525 Broadway<br>Nashville, TN 37203 | | Trade debt | | | | $7,202.03 |
| Carfax, Inc.<br>16630 Collection Center Drive<br>Chicago, IL 60673 | | Trade debt | | | | $3,247.00 |
| Christopher and Elizabeth Adair<br>5004 Pelican Court<br>Spring Hill, TN 37174-8612 | | Civil Claim | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Christopher P. Hope<br>5611 Saddlewood Lane<br>Brentwood, TN 37027 | | Guaranty | Contingent<br>Disputed | | | $1,000,000.00 |
| Cintas Corporation<br>15201 AL HY 20<br>Madison, AL 35756 | | Trade debt | | | | $8,621.44 |
| Cronic Chevrolet Buick GMC, Inc.<br>2676 N. Expressway<br>Griffin, GA 30223 | | Trade debt | Unliquidated<br>Disputed | | | $73,268.00 |
| Dealertrack, Inc.<br>3400 New Hyde Park Road<br>Nnorth Hills, NY 11042 | | Trade debt | | | | $8,059.65 |

| Debtor | Lyons Chevrolet Buick GMC, Inc. | | | Case number (if known) | | |
|--------|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dream Suites, Inc.<br>One Titans Way<br>Nashville, TN 37213 | | License Agreement for NFL Suite | | | | $195,000.00 |
| GM Financial<br>220 E. Las Colinas Blvd.<br>Suite 500<br>Irving, TX 75039 | | Personal Property | Disputed | $280,000.00 | Unknown | Unknown |
| GM Service & Parts Operations<br>93112 Network Place<br>Chicago, IL 60673 | | Trade debt | | | | $3,823.70 |
| Ken Smith Auto Parts<br>3710 Vulcan Drive<br>Nashville, TN 37211 | | Trade debt | | | | $6,000.00 |
| Kimbro Oil Company<br>2200 Clifton Avenue<br>Nashville, TN 37202 | | Trade debt | | | | $17,271.20 |
| Lewisburg Electric System<br>599 W. Ellington Parkway<br>Lewisburg, TN 37091 | | Utilities | Unliquidated | | | $2,700.00 |
| Lyons Ford<br>1304 N. Ellington Parkway<br>Lewisburg, TN 37091 | | Trade debt | | | | $547,938.70 |
| Parks Motor Sales, Inc.<br>919 Nashville Highway<br>Columbia, TN 38401 | | Trade debt | | | | $14,193.41 |
| Rosenfeld & Co., PLLC<br>301 E. Pine Street<br>Suite 975<br>Orlando, FL 32801 | | Accounting Services | | | | $9,890.60 |
| US Bank<br>PO Box 6353<br>ST LOUIS, MO 63179 | | Credit card purchases | | | | $50,000.00 |
| Wells Fargo<br>PO Box 51174<br>Los Angeles, CA 90051 | | Credit card purchases | | | | $53,900.00 |

## VERIFICATION FORM

I hereby certify under the penalties of perjury that the information contained in the foregoing has been prepared by Latham, Luna, Eden & Beaudine, LLP and is true and correct to the best of my knowledge, information and belief.

*[signature]*

Latham, Luna, Eden & Beaudine, LLP
By: Daniel A. Velazquez
Associate Attorney
Date: 9/26/2019